Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

                    Case No.: 17–34006–KCF  
                    Chapter:  13  
                    Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Eileen P Vanderpoel  
   5 Stonehenge Drive  
   Medford, NJ 08055

Social Security No.:  
   xxx–xx–7822

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 17, 2018</u>            <u>Kathryn C. Ferguson</u>  
                                              Judge, United States Bankruptcy Court